IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-01191-CNS-NRN | Date: June 7, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| PATRICK SOBECKE<br><br>**Plaintiff** | *Julie Thompson*<br>*Emily Monnett* |
| v. | |
| MARK KOZLOWSKI<br>WADE SMITH<br>ALLISON BEARD<br>HCA-HEALTHONE LLC<br>DENVER HEALTH AND HOSPITAL AUTHORITY<br>CASSIDY QUINTANA<br>MATTHEW LUDTKE<br><br>**Defendants** | *Angela Klein*<br>*Jared Ellis*<br>*Stephanie Clark*<br><br>*Rodrigo Lugo*<br>*Scott Nixon* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:00 a.m.

Appearance of counsel.

Argument as to [50] Motion to Dismiss for Lack of Jurisdiction and [53] Joint Motion to Strike Plaintiff's Sixth Claim for Relief given by Mr. Lugo, Ms. Monnet, and Ms. Thompsonwith questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:   [50] Motion to Dismiss for Lack of Jurisdiction is DENIED.**

**ORDERED:** **[53] Joint Motion to Strike Plaintiff's Sixth Claim for Relief is GRANTED without prejudice.**

**Plaintiff may file a Motion to Amend the Complaint, if he chooses to do so, on or before June 30, 2023.**

Court in Recess:  11:00 a.m.        Hearing concluded.         Total time in Court:  01:00